1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile:   (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Mr. Maldonado-Alatorre

7
8                             UNITED STATES DISTRICT COURT
9                          FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )    Case No. 08mj1719
                                    )
12             Plaintiff,            )
                                    )
13 v.                                )
                                    )    **NOTICE OF APPEARANCE**
14 **JOSE MALDONADO-ALATORRE,**      )
                                    )
15             Defendant.            )
                                    )
16
17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
   in the above-captioned case.
19
                                              Respectfully submitted,
20
   Dated: June 4, 2008                         s/ *Michelle Betancourt*
21                                            **MICHELLE BETANCOURT**
                                              Federal Defenders of San Diego, Inc.
22                                            Attorneys for Defendant
                                              michelle_betancourt@fd.org
23
24
25
26
27
28

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Maldonado-Alatorre

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj1719 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **JOSE MALDONADO-ALATORRE**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

United States Attorney's Office
efile.dkt.gc1@usdoj.gov

Dated: June 4, 2008              *s/ Michelle Betancourt*
MICHELLE BETANCOURT
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: michelle_betancourt@fd.org