FILED
JUN 26 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2141-W |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | Title 18, U.S.C., Sec. 1546(a) - Obtaining and Possession of Entry Documents |
| JOSE MALDONADO-ALATORRE, | |
| Defendant. | |

The United States Attorney charges:

On or about May 29, 2008, within the Southern District of California, defendant JOSE MALDONADO-ALATORRE, an alien, did knowingly and unlawfully obtain and possess a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States knowing it to be forged, counterfeited, altered, or falsely made, to wit, an I-551, Permanent Resident Card; in violation of Title 18, United States Code, Section 1546(a).

DATED: June 26, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

MICHELLE M. PETTIT
Assistant U.S. Attorney

MMP:pcf:San Diego
6/12/08