7

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE MALDONADO-ALATORRE | CASE NUMBER: 08CR 2141-W |

I, JOSE MALDONADO-ALATORRE, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1546(a) - Obtaining and Possession of Entry Documents

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  6/26/08.  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
JOSE MALDONADO-ALATORRE
Defendant

_____
MICHELLE BETANCOURT
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY