KAREN P. HEWITT
United States Attorney
MICHELLE M. PETTIT
Assistant United States Attorney
California State Bar No. 253406
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7450
Facsimile:  (619) 557-5551
Email: michelle.pettit@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2141-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| JOSE MALDONADO-ALATORRE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    Name

6    None

7    Please call me at the above-listed number if you have any questions about this notice.

8    DATED: July 3, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

2

SOUTHERN DISTRICT OF CALIFORNIA

3 | UNITED STATES OF AMERICA, ) Case No. 08CR2141-W

4 | Plaintiff, )

5 | v. )

6 | JOSE MALDONADO-ALATORRE, ) **CERTIFICATE OF SERVICE**

7 | Defendant. )

8

IT IS HEREBY CERTIFIED THAT:

9

10      I, Michelle M. Pettit, am a citizen of the United States and am at least eighteen years of age.

My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

11

12      I am not a party to the above-entitled action.  I have caused service of the Notice of

Appearance as lead counsel for the United States, dated July 3, 2008, and this Certificate of

13

Service, dated July 3, 2008, on the following parties by electronically filing the foregoing with the

14

Clerk of the District Court using its ECF System, which electronically notifies them:

15

16      **Michelle Betancourt**
Federal Defenders of San Diego, Inc.

17      225 Broadway, Suite 900
San Diego, CA 92102

18      (619) 234-8467
(619) 687-2666 (fax)
Email: Michelle_Betancourt@fd.org

19      *Lead Attorney for Defendant*

20      I declare under penalty of perjury that the foregoing is true and correct.

21      Executed on July 3, 2008.

22

/s/ *Michelle M. Pettit*

23      MICHELLE M. PETTIT
Assistant United States Attorney

24

25

26

27

28      Notice of Appearance
United States v. Maldonado-Alatorre          3                    08CR2141